IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RIAZ LIAQUATALI MOMIN, | § § | |
| Petitioner, | § § | |
| v. | § § | 1:25-CV-2170-RP |
| PAM BONDI, *in her official capacity as Attorney General of the United States*, et al., | § § § § | |
| Respondents. | § § | |

### ORDER

Before the Court is Petitioner Riaz Liaquatali Momin's ("Petitioner") Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2243. (Dkt. 1). The Court will transfer Petitioner's case to the El Paso Division.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). "Under the transfer statute, a district court may transfer a case upon a motion or sua sponte. The district court has broad discretion in deciding whether to order a transfer." *Caldwell v. Palmetto State Sav. Bank of S.C.*, 811 F.2d 916, 919 (5th Cir. 1987) (citing 28 U.S.C. §§ 1404 and 1406).

Upon review of Petitioner's filings, the Court finds facts demonstrating that this case is connected to the El Paso Division of the Western District of Texas. Petitioner was "detained by ICE during a routine check-in and taken back into custody, where he currently remains detained." ((Pet., Dkt. 1, at 7). Petitioner is detained at the ERO El Paso Camp East Montana Detention Center in El Paso, Texas, which is in the El Paso Division of this District. (*Id.* at 2). *See Garibay-Robledo v. Noem*, No. 3:25-CV-2461-L-BN, 2025 WL 2638672, at *2 (N.D. Tex. Sept. 12, 2025) (transferring § 2241 petition from Dallas Division to Abilene Division where petitioner was

1

physically detained). Further, Petitioner's immediate custodians are the two respondents in El Paso: Mary De Anda-Ybarra, the Director of the El Paso Field Office for ICE, and the Warden of the El Paso Camp East Montana Detention Center where Petitioner is being held. (*Id.* at 5); *see* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

Given the connections of this case to the El Paso Division of this District and for the convenience of the parties and witnesses and in the interest of justice, **IT IS ORDERED** that this action is **TRANSFERRED** to the El Paso Division of the Western District of Texas.

**SIGNED** on January 12, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE